**DENIED and Opinion Filed May 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00493-CV**

**No. 05-24-00494-CV**

**IN RE PANEE LARKSUKTHOM POPOV, Relator**

**Original Proceedings from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 469-50515-2024 and 469-50532-2024**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's April 26, 2024 petition for writ mandamus. Relator asks this Court to compel the trial court to grant a protective order or, alternatively, to enter an order that finds whether family violence has occurred.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Further, relator filed a separate mandamus record in support of her petition. Although relator made efforts to comply with Texas Rule of Appellate Procedure 9.9, the mandamus record nonetheless contains unredacted sensitive data, including a minor's name. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's mandamus record.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

240493F.P05